# CHARLESTON.

CLARK *et al. v.* BRYAN *et al.*

Decided November 17, 1900.

CIRCUIT COURT—*Vacation Order—Non-appealable.*

> An *ex parte* vacation order made by a judge of the circuit court is non-appealable. (p. 271).

Appeal from Circuit Court, Tucker County.

Bill by C. B. Clark and others against J. B. Bryan and others. From an order awarding an injunction appointing a receiver, defendants appeal.

*Dismissed.*

W. B. MAXWELL and A. JAY VALENTINE, for appellants.

CUNNINGHAM STALLINGS, for appellees.

DENT, JUDGE:

This is an appeal improvidently awarded to an *ex parte* vacation order made by the judge of the circuit court of Tucker County awarding an injunction and appointing a receiver. The appellant has not yet made any appearance in the circuit court for any purpose, and according to the holding of this Court in the late case of *Brast* v. *Kanawha Oil Co. et al.,* 46 W. Va. 613, decided since the appeal herein was allowed, it must be dismissed, as the order from which it was taken, however erroneous, is non-appealable until a motion has been made in the lower court to correct it.

*Dismissed.*